```
SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 485-3516
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br>GENUINE PARTS COMPANY Inc., et al.,<br><br><br><br>    Defendants | Case No.: 2:05-cv-00184- DFL-DAD<br><br>**STIPULATED DISMISSAL AND** *Proposed* **ORDER**<br><br>Complaint Filed: January 28, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

1 | Dated: __August 10, 2005__ | Ford, Walker, Haggerty and Behar

2 | | _/s/ Tina I. Mangarpan by: SNJ_

3 | | By: Tina I. Mangarpan, Attorney for

4 | | Defendant GENUINE PARTS COMPANY,

5 | | Inc

6

7

8 | Dated: __August 9, 2005__ | ____/S/ Scott N. Johnson____
       | | SCOTT N. JOHNSON, Plaintiff, In Pro Per

9

10

11 | **IT IS SO ORDERED**.

12 | Dated: August 15, 2005

13

14 | _[signature]_
15 | WILLIAM B. SHUBB
   | UNITED STATES DISTRICT JUDGE

---

2

STIPULATED DISMISSAL and Proposed ORDER                2:05-cv-00184 DFL-DAD